121 A.3d 820

**TOWER OAKS BOULEVARD, LLC**

v.

**Brent W. PROCIDA, et al., Substitute Trustees.**

**No. 4, Sept. Term, 2015.**

Court of Appeals of Maryland.

Sept. 3, 2015.

Christopher C. Fogleman (Matthew W. Fogleman, Gleason, Flynn, Emig & Fogleman, Chartered, Rockville, MD), on brief, for petitioner.

Brent W. Procida (Laura S. Bouyea, Venable LLP, Baltimore, MD), on brief, for respondents.

Argued before BARBERA, C.J., BATTAGLIA, GREENE, ADKINS, McDONALD, WATTS and GLENN T. HARRELL, JR. (Retired, Specially Assigned), JJ.

**PER CURIAM ORDER**

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 3rd day of September, 2015,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.